Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Northern__ District of __California__
(State)

Case number (If known): _____ Chapter ____

FILED
DEC 29 2023
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Preeminent Holdings LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  87-4197053

4. **Debtor's address**

   **Principal place of business**

   50 Deer Park Avenue
   Number   Street

   San Rafael, CA 94901
   City         State   ZIP Code

   Marin
   County

   **Mailing address, if different from principal place of business**

   Number   Street

   P.O. Box

   City   State   ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number   Street

   City   State   ZIP Code

5. **Debtor's website (URL)**  N/A

Debtor  **Preeminent Holdings LLC**
Name

Case number (if known) _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

7. **Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☐ None of the above

   B. *Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ___ ___ ___ ___

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7
   ☐ Chapter 9
   ☒ Chapter 11. *Check all that apply:*

   ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

Debtor **Preeminent Holdings LLC**     Case number (if known) _____

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?
   ☒ No
   ☐ Yes. District _____ When __/__/____ Case number _____
   District _____ When __/__/____ Case number _____
   If more than 2 cases, attach a separate list.

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?
    ☒ No
    ☐ Yes. Debtor _____ Relationship _____
    District _____ When __/__/____
    Case number, if known _____
    List all cases. If more than 1, attach a separate list.

11. Why is the case filed in *this district*?
    Check all that apply:
    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?
    ☐ No
    ☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    
    Why does the property need immediate attention? (Check all that apply.)
    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☒ Other **Foreclosure**
    
    Where is the property? **50 Deer Park Avenue**
    Number  Street
    **San Rafael**    **CA**  **94901**
    City              State  ZIP Code
    
    Is the property insured?
    ☒ No
    ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

**Statistical and administrative information**

Debtor  Preeminent Holdings LLC                                    Case number (if known) _____
        Name

### 13. Debtor's estimation of available funds

Check one:
- [x] Funds will be available for distribution to unsecured creditors.
- [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

### 14. Estimated number of creditors

- [x] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] More than 100,000

### 15. Estimated assets

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [x] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

### 16. Estimated liabilities

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [x] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/28/23
             MM / DD / YYYY

X _____      David Foster_____
  Signature of authorized representative of debtor        Printed name

Title  Manager of the LLC

Debtor **Preeminent Holdings LLC** Case number (*if known*)_____
_____
Name

page 5

### 18. Signature of attorney

**✘** _____  Date _____
Signature of attorney for debtor             MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number     Street

_____
City                                    State    ZIP Code

_____
Contact phone                           Email address

_____
Bar number                              State

Fill in this information to identify the case and this filing:

Debtor Name __Preeminent Holdings LLC__

United States Bankruptcy Court for the: __Northern__ District of __California__
(State)

Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- [x] *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- [x] *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- [ ] *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- [ ] *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- [ ] *Schedule H: Codebtors* (Official Form 206H)
- [ ] *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- [ ] Amended *Schedule* ____
- [ ] *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- [ ] Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12/26/23__     X __[signature]__
MM / DD / YYYY                Signature of individual signing on behalf of debtor

__David Foster__
Printed name

__Manager of the LLC__
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name __Preeminent Holdings, LLC__

United States Bankruptcy Court for the: __Northern__ District of __California__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets — Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   | All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
   |---|---|

2. **Cash on hand**   $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | __ __ __ __ | $_____ |
   | 3.2. _____ | _____ | __ __ __ __ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   $_____

### Part 2: Deposits and prepayments

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____   $_____
   7.2. _____   $_____

Case: 23-30891   Doc# 1   Filed: 12/29/23   Entered: 12/29/23 14:10:00   Page 7 of 15

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 1

Debtor  Preeminant Holdings LLC
_____  Name                                   Case number (if known)_____

## Part 2 (continued)

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. _____ $_____
   8.2. _____ $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                       $ 0

## Part 3: Accounts receivable

10. Does the debtor have any accounts receivable?
    ☒ No. Go to Part 4.
    ☐ Yes. Fill in the information below.

                                                                            **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ......→   $_____
                                face amount      doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ – _____ = ......→   $_____
                                face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.  $ 0

## Part 4: Investments

13. Does the debtor own any investments?
    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

                                                      **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:
    14.1. _____    _____    $_____
    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:
    15.1. _____       _____%               $_____
    15.2. _____       _____%               $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:
    16.1. _____    _____    $_____
    16.2. _____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                        $ 0

Debtor  Preeminent Holdings LLC    Case number (if known) _____
         Name

## Part 5: Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?
    ☒ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

    | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|---|

19. Raw materials
    _____    ___/___/_____    $_____    _____    $_____
                              MM / DD / YYYY

20. Work in progress
    _____    ___/___/_____    $_____    _____    $_____
                              MM / DD / YYYY

21. Finished goods, including goods held for resale
    _____    ___/___/_____    $_____    _____    $_____
                              MM / DD / YYYY

22. Other inventory or supplies
    _____    ___/___/_____    $_____    _____    $_____
                              MM / DD / YYYY

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                              $  ⌀

24. Is any of the property listed in Part 5 perishable?
    ☐ No
    ☐ Yes

25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
    ☐ No
    ☐ Yes. Book value _____ Valuation method_____ Current value_____

26. Has any of the property listed in Part 5 been appraised by a professional within the last year?
    ☐ No
    ☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?
    ☒ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

    | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|---|

28. Crops—either planted or harvested
    _____    $_____    _____    $_____

29. Farm animals *Examples:* Livestock, poultry, farm-raised fish
    _____    $_____    _____    $_____

30. Farm machinery and equipment (Other than titled motor vehicles)
    _____    $_____    _____    $_____

31. Farm and fishing supplies, chemicals, and feed
    _____    $_____    _____    $_____

32. Other farming and fishing-related property not already listed in Part 6
    _____    $_____    _____    $_____

Debtor **Preeminent Holdings LLC**    Case number (if known) _____

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.    $ 0

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☒ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ | | $ |
| 40. **Office fixtures** | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ | | $ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ | | $ |
| 42.2 _____ | $ | | $ |
| 42.3 _____ | $ | | $ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.    $ 0

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 4

Debtor  **Preeminent Holdings, LLC**   Case number (if known)_____

## Part 8: Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?
    - ☒ No. Go to Part 9.
    - ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 _____ $_____ _____ $_____
    47.2 _____ $_____ _____ $_____
    47.3 _____ $_____ _____ $_____
    47.4 _____ $_____ _____ $_____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____ $_____ _____ $_____
    48.2 _____ $_____ _____ $_____

49. **Aircraft and accessories**

    49.1 _____ $_____ _____ $_____
    49.2 _____ $_____ _____ $_____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____ $_____ _____ $_____

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.                                              $ 0

52. Is a depreciation schedule available for any of the property listed in Part 8?
    - ☐ No
    - ☐ Yes

53. Has any of the property listed in Part 8 been appraised by a professional within the last year?
    - ☐ No
    - ☐ Yes

Debtor **Preeminent Holdings LLC**   Case number (if known) _____

## Part 9: Real property

54. Does the debtor own or lease any real property?
    ☐ No. Go to Part 10.
    ☒ Yes. Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 50 Deerpark Ave, San Rafael, CA 94901 | Owner | $1,350,000 | Zillow | $1,350,000 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.   $1,350,000

57. Is a depreciation schedule available for any of the property listed in Part 9?
    ☒ No
    ☐ Yes

58. Has any of the property listed in Part 9 been appraised by a professional within the last year?
    ☒ No
    ☐ Yes

## Part 10: Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?
    ☒ No. Go to Part 11.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | $ | | $ |
| 61. Internet domain names and websites | $ | | $ |
| 62. Licenses, franchises, and royalties | $ | | $ |
| 63. Customer lists, mailing lists, or other compilations | $ | | $ |
| 64. Other intangibles, or intellectual property | $ | | $ |
| 65. Goodwill | $ | | $ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.   $ 0

Debtor **Preeminent Holdings LLC** Case number (if known)_____

### Part 11: All other assets

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
    - ☐ No
    - ☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
    - ☐ No
    - ☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
    - ☐ No
    - ☐ Yes

### Part 11: All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.
    - ☒ No. Go to Part 12.
    - ☐ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. Notes receivable
    Description (include name of obligor)
    _____
    Total face amount − doubtful or uncollectible amount = → $_____

72. Tax refunds and unused net operating losses (NOLs)
    Description (for example, federal, state, local)
    _____ Tax year _____ $_____
    _____ Tax year _____ $_____
    _____ Tax year _____ $_____

73. Interests in insurance policies or annuities
    _____ $_____

74. Causes of action against third parties (whether or not a lawsuit has been filed)
    _____ $_____
    Nature of claim _____
    Amount requested $_____

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims
    _____ $_____
    Nature of claim _____
    Amount requested $_____

76. Trusts, equitable or future interests in property
    _____ $_____

77. Other property of any kind not already listed  Examples: Season tickets, country club membership
    _____ $_____
    _____ $_____

78. Total of Part 11.
    Add lines 71 through 77. Copy the total to line 90.     $ 0

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    - ☐ No
    - ☐ Yes

Debtor  Preeminent Holdings LLC  Case number (if known)_____
       Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. Copy line 5, Part 1. | $_____ | |
| 81. Deposits and prepayments. Copy line 9, Part 2. | $_____ | |
| 82. Accounts receivable. Copy line 12, Part 3. | $_____ | |
| 83. Investments. Copy line 17, Part 4. | $_____ | |
| 84. Inventory. Copy line 23, Part 5. | $_____ | |
| 85. Farming and fishing-related assets. Copy line 33, Part 6. | $_____ | |
| 86. Office furniture, fixtures, and equipment; and collectibles. Copy line 43, Part 7. | $_____ | |
| 87. Machinery, equipment, and vehicles. Copy line 51, Part 8. | $_____ | |
| 88. Real property. Copy line 56, Part 9. ..............................➔ | | $_____ |
| 89. Intangibles and intellectual property. Copy line 66, Part 10. | $_____ | |
| 90. All other assets. Copy line 78, Part 11. | + $_____ | |
| 91. Total. Add lines 80 through 90 for each column............... 91a. | $_____ + 91b. | $_____ |

92. Total of all property on Schedule A/B. Lines 91a + 91b = 92. .................................................................... $ 1,350,000

Official Form 206A/B         Schedule A/B: Assets — Real and Personal Property              page 8

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Fill in this information to identify the case:**

Debtor name: Preeminent Holdings, LLC

United States Bankruptcy Court for the: Northern District of CA

Case number (If known): _____

☐ Check if this is an amended filing

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

**Column A** — Amount of claim (Do not deduct the value of collateral.)
**Column B** — Value of collateral that supports this claim

**2.1**
Creditor's name: Empower Capital Group
Creditor's mailing address: 708 College Avenue, Santa Rosa, CA 95404
Describe debtor's property that is subject to a lien: 50 Deer Park Avenue, San Rafael, CA 94901
Describe the lien: 1st Mortgage
Column A: ~~860,000~~  1,334,701.59
Column B: 1,350,000  X DNR

Is the creditor an insider or related party? ☒ No  ☐ Yes
Is anyone else liable on this claim? ☒ No  ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred: 03/02/2022
Last 4 digits of account number: 1234

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
2.1, 2.2

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**
Creditor's name: SV Quick Capital Corporation
Creditor's mailing address: 48534 Kato Rd, Suite 104A, Fremont, CA 94538
Describe debtor's property that is subject to a lien: 50 Deer Park Avenue, San Rafael, CA 94901
Describe the lien: 2nd Mortgage
Column A: 753,000
Column B: 1,350,000

Creditor's email address, if known: pwang-elica@yahoo.com

Is the creditor an insider or related party? ☒ No  ☐ Yes
Is anyone else liable on this claim? ☒ No  ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Date debt was incurred: 03/02/2022
Last 4 digits of account number: 5678

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  ☒ Yes. The relative priority of creditors is specified on lines 2.1, 2.2

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.
$ ~~860,000~~  1,334,701.59
X DNR

Case: 23-30891   Doc# 1   Filed: 12/29/23   Entered: 12/29/23 14:10:00   Page 15 of 15

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 1